Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# United States District Court

for the *WESTERN*

District of *TEXAS*

*SAN ANTONIO* Division

APR - 6 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SA23CA0435 JKP

Case No. _____

(to be filled in by the Clerk's Office)

MARTIN PEÑA JR
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

"see attached"
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      MARTIN PEÑA Jr.

All other names by which
you have been known:

ID Number      # 2399103

Current Institution      WILLACY COUNTY STATE JAIL

Address      1695. S. Buffalo Dr.

RAYMONDVILLE    TX    78580
         *City*        *State*       *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

     Name

     Job or Title *(if known)*

     Shield Number

     Employer

     Address

         *City*        *State*       *Zip Code*

     ☐ Individual capacity    ☐ Official capacity

Defendant No. 2

     Name

     Job or Title *(if known)*

     Shield Number

     Employer

     Address

         *City*        *State*       *Zip Code*

     ☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                             *City*         *State*      *Zip Code*

        ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                             *City*         *State*      *Zip Code*

        ☐ Individual capacity    ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th, 5th, 6th, ⬛ 8th, 9th, and 14th Amendment's

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"SEE ATTACHED"

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (*explain*) _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

KENDALL COUNTY JAIL  APRIL 7, 2021

ATASCOSA COUNTY JAIL  AUGUST 14, 2021

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 7, 2021    APPROXIMATELY  3 AM.

D.    What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE  ATTACHED

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

HEAD TRAUMA, LEFT EAR DAMAGED (SOLID PURPLE), the WHOLE EAR HANDCUFF IMPRINTS ON BOTH WRISTS (SWOLLEN), BROKEN RIGHT HAND, CRACKED MY CHEST (IT POPS) AND CRACKS, SHOULDER DAMAGE, BACK DAMAGE, PSYCHOLOGICAL DAMAGE, PTSD FROM INCIDENT DR. MARTINEZ PUT ME ON NAPROXEN DEC, 2021 IM STILL WAITING TO SEE SPECIALISTS HERE IN TDCJ IM BEEN ON NAPROXEN SINCE THAT DATE, IM ON MEDICAL UNIT

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

EXCESSIVE/CAUSING BODILY INJURY    PAIN AND SUFFERING FORCE
BOERNE P.D. AND KENDALL COUNTY-    MENTAL ANGUISH
SHERIFFS
MEDICAL MALPRACTICE/CRUEL AND UNUSUAL PUNISHMENT
COUNTY COVER UP - CITY COVER UP    50 MILLION

EXCESSIVE FORCE - CAUSING BODILY INJURY    PAIN AND SUFFERING
ATASCOSA COUNTY JAIL C/O S    MENTAL ANGUISH
MEDICAL MALPRACTICE/COVID PANDEMIC
CRUEL AND UNUSUAL PUNISHMENT    10 MILLION

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? KENDALL COUNTY JAIL
&
ATASCOSA COUNTY JAIL

2.    What did you claim in your grievance? EXCESSIVE FORCE /
FALSE ALLEGATIONS

3.    What was the result, if any? KENDALL - SAID NOT GRIEVABLE
ATASCOSA- GRIEVANCE WAS ACCEPTED
BUT NEVER HEARD BACK
FROM THEM.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
I DID APPEAL GRIEVANCES IN KENDALL
THEY SAID THEY WERE WITHOUT MERIT
AND THAT THEY WENT TO (IA).

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here:

_____

    2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.


    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit.
Plaintiff(s) _____
Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*
_____

3.    Docket or index number
_____

4.    Name of Judge assigned to your case
_____

5.    Approximate date of filing lawsuit
_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3/30/23

Signature of Plaintiff      *Martin Peña*

Printed Name of Plaintiff   MARTIN PEÑA Jr.

Prison Identification #     2399103

Prison Address              1695 S. Buffalo Dr.

                            Roymondville          Tx          78580
                            _____City_____   _State_   _Zip Code_

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney     _____

Printed Name of Attorney  _____

Bar Number                _____

Name of Law Firm          _____

Address                   _____

                          _____
                          City              State         Zip Code

Telephone Number          _____

E-mail Address            _____

MY CONVICTION IS UNDER APPEAL AND I
KNOW I CAN'T FILE SUIT FOR CERTAIN
ISSUES. I HAD TO TELL MY STORY. I KNOW
ITS LONG BUT ITS THE TRUTH. IVE
SENT LETTERS TO MANY ENTITY'S AND
I HAVENT HEARD ANYTHING ABOUT MY SITUATION
I HAVE THREE TRACKING #'S FOR PRIORITY
MAIL THAT WAS SENT IN FEB 2022
                70210350000116535 032 #1
                                 025 #2
                                 049 #3

I KNOW THE STATUTE OF LIMITATIONS IS
2 YEARS SO MY INCIDENT OCCURRED ON
APRIL 1, 2021. IVE DONE MY HOME WORK AS
FAR AS THE 1983 CIVIL SUIT RULES.
I CAN'T SAY I UNDERSTAND IT ALL BUT,
I HAVE A GENERAL IDEA. I DON'T KNOW
FOR SURE IF THE PANDEMIC GIVES THE
PLAINTIFF MORE TIME DUE TO COURTS
BEING CLOSED. I WOULD ASSUME SO,
SINCE THE COMMUNITY WAS SHUT DOWN.

3/30/23              SINCERELY,
                     MARTIN PENA Jr

Fourth amendment violation

warrantless arrest

false arrest, false imprisonment, and malicious prosecution
"subjecting him to the harm of involuntary detention"

false imprisonment based on "detention without legal process."

Under the common law, after legal process is issued, any damages
for unlawful detention would be based not on false arrest but on
malicious prosecution. Malicious prosecution "remedies detention accompanied,
not by absence of legal process, but by wrongful institution of legal process.

Heck v. Humphrey, the court held that a $1983 "cause of action for
damages attributable to an unconstitutional conviction or sentence does not
accrue until the conviction or sentence has been validated."

In Wallace v. Kato, the Supreme Court stated that a $1983 claim
accrues when the plaintiff has "a complete and present cause of
action."

warrantless arrest                    witness tampering,
false arrest                          fabricating evidence
false imprisonment,                   concealing exculpatory evidence
(malicious prosecution)               misconduct at trial.
violation of due process
excessive force
inadequate training
falsifying evidence
illegal indictment by grand jury

(2) IV. D. SAID THAT I HAVE HEARD ABOUT
THE RESULTS (FISHY) FROM "ER"

ns.& MR. CERDA — WATCHED VIDEO
 E. PEREDA — KENDALL COUNTY — ASSAULTED ME (KNEE'S TO HEAD),
 E. FUENTES —"

'OFFICER ESTRADA — BOERNE POLICE — TRANSPORTED ME TO KENDALL COUNTY
A. MIRANDA — TARED ME 2 X'S WHILE IN HANDCUFFS
           AND CHARGED ME WITH FELONY ASSAULT
           WITH A BOND OF $50,000
K. BADILLA — BOOKED ME IN AFTER I WAS ASSAULTED."
R. VILLANUEVA —"
J. LOZANO — TOOK ME TO "ER" & STREET COP APRIL 7, 2021"
         — WALKED ME INTO "ER" AND WITNESSED
           ALL THAT TOOK PLACE AT THE "ER"
         — X-RAY OF RIGHT HAND AND CATSKAN
           OF MY BODY (NEVER GOT RESULTS)
A. NEW — TOOK ME TO HAND SPECIALIST
       — SAID I BROKE MY OWN HAND, SHE
         SAID SHE SEEN THE VIDEO
E. PROFETA — WORKED @ TIME OF COVER UP "
M. INVERGO — (CORPORAL)
SARGEANT C ORTIZ — SAID YOUR THE ONE THAT KICKED MIRANDA
J FLORES — SAID HE SAW THE VIDEO OF ME GETTING
           BEAT UP AND MY HAND BROKEN IN OCTOBER
           WHEN I CAME BACK FROM ATASCOSA TO
           GO TO MY FIRST COURT DATE.
"? KENDALL COUNTY SHERIFF — TESTIFIED IN TRIAL
                 TOOK PART IN POLICE BRUTALITY
OFF. GOUDREAUX — TESTIFIED IN MOTION TO
                 SUPRESS AND TRIAL. ILLEGAL SEARCH
                 AND SEIZURE

WORKING AND NEW ABOUT INCIDENT

(G. BECKER) — BROUGHT INDICTMENT IN MAY

(J. CONLEY) — WORKING AND NEW ABOUT INCIDENT (WATCHED VIDEO)

(J. LESTOURGEN) "

(K. LEGLHOF —)

D. KEMPF

J. HAWTHORNE

J. SELLS

R. GREEN

O. CORDOVA

T. ALDRICH

(M. BIERDS —) "

S. DESANTI

J. GUERRERO

(L. HILL —)

C. MADDEN

(J. BARTEA) "

(L. DUSEK) "

(D. GRAY) "

G. MEYER

GOMEZ — TRANSPORTER   TOOK ME TO DR. MARTINEZ

ANTHONY — TRANSPORTER — TOOK ME TO HOSPITAL.

" ?  " BOERNE P.D. OFFICER " — JOHN DOE III

" ?  " KENDALL COUNTY SHERIFF — TESTIFIED IN TRIAL — JOHN DOE II

AGAINST ME — HE STATED ON THE RECORD THAT

JUST BECAUSE SHE SAID I HIT (A. MIRANDA) HER

IT WAS ASSAULT. " PERJURY." WHEN IN FACT I

WENT TO THE "ER" PURPLE AND BLUE AND WAS CHARGED

WITH ASSAULT. HEAD TRAUMA, CHEST TRAUMA, SHOULDERS

DAMAGED, BACK DAMAGED, HAND BROKEN, WRISTS SWOLLEN (HANDCUFFS)
# PTSD.

# "DEFENDENTS"

1) OFFICER GOUDREUAX — "DON'T HAVE HIS FULL NAME"
2) OFFICER ESTRADA — "DON'T HAVE HIS FULL NAME"
3) E. FUENTES
4) E. PEREDA
5) A. MIRANDA
6) K. PADILLA
7) R. VILLANUEVA
8) J. LOZANO
9) JOHN DOE — "PASTOR" - DON'T KNOW HIS NAME
10) A. NEW
11) E. PROFETA
12) M. INVERGO
13) C. ORTIZ
14) J. FLORES
15) MR. CERDA
16) MRS. CERDA
17) G. BECKER
18) J. CONLEY
19) J. LESTOURGEN
20) K. LEERHOF
21) M. BIERDS
22) L. HILL
23) NURSE WORKING DAY SHIFT — "DON'T KNOW HER NAME" - KENDALL County
24) D.R. MARTINEZ FROM CLINIC — DECEMBER 2021
25) DR. FROM EMERGENCY CARE — APRIL 7, 2021
26) CITY OF BOERNE
27) SGT. MARCELLA — ATASCOSA County JAIL
28) C/O SANCHEZ — ATASCOSA County JAIL

29) C/O EVANS - YOUNGER MAN - ATASCOSA COUNTY JAIL

30) CAPTAIN BENAVIDEZ  ATASCOSA COUNTY JAIL

31) KENDALL COUNTY SHERIFF ? JOHN DOE II

32) BOERNE P.D. POLICE OFFICER ? JOHN DOE III

33) GRAND JURY

34) BOERNE POLICE DEPARTMENT

35) KENDALL COUNTY SHERIFF  AL AUZER

I. THE PARTIES TO THIS COMPLAINT
   A. THE PLAINTIFF(S)

   PROVIDE THE INFORMATION BELOW FOR EACH PLAINTIFF
   NAMED IN THE COMPLAINT. ATTACH ADDITIONAL PAGES IF
   NEEDED.

   NAME: MARTIN PEÑA JR.
   ID NUMBER: 02399103
   CURRENT INSTITUTION: WILLACY COUNTY STATE JAIL
   ADDRESS:                1695 BUFFALO DRIVE
                           RAYMONDVILLE, TX 78580

   B. THE DEFENDENTS(S)
   (1) OFFICER GOUDREAUX GOUDREAUX
       K-9 UNIT POLICE OFFICER
       BOERNE POLICE DEPARTMENT
       P.O. BOX 1677
       BOERNE, TX 78006
       INDIVIDUAL AND OFFICIAL CAPACITY

   (2) OFFICER ESTRADA
       POLICE OFFICER
       BOERNE POLICE DEPARTMENT
       P.O. BOX 1677
       BOERNE, TX 78006
       INDIVIDUAL AND OFFICIAL CAPACITY

(3) E. FUENTES
    C/O - JAILER
    KENDALL COUNTY SHERIFF'S OFFICE
    6 STAUDT STREET
    BOERNE, TX 78006
    INDIVIDUAL AND OFFICIAL CAPACITY

(4) E. PEREDA (CORPORAL)
    C/O - JAILER
    KENDALL COUNTY SHERIFF'S OFFICE
    6 STAUDT STREET
    BOERNE, TX 78006
    INDIVIDUAL AND OFFICIAL CAPACITY

(5) A. MIRANDA
    C/O - JAILER (TRAINER FOR TASERS)
    KENDALL COUNTY SHERIFF'S OFFICE
    6 STAUDT STREET
    BOERNE, TX 78006
    INDIVIDUAL AND OFFICIAL CAPACITY

(6) K. PADILLA
    C/O - JAILER
    KENDALL COUNTY SHERIFF'S OFFICE
    6 STAUDT STREET
    BOERNE, TX 78006

(7) R. VILLANEVA
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(8) J. LOZANO
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(9) PASTOR / KENDALL COUNTY SHERIFF - UNKNOWN NAME
STREET COP
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT ST
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(10) A. NEW
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT ST
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(11) E. PROFETA (CORPORAL)
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(12) M. INVERGO (CORPORAL)
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(13) C. ORTIZ - SARGEANT
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(14) J. FLORES (CORPORAL)
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(15) MR. CERDA - (CORPORAL)
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT ST
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(16) MRS. CERDA -
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT ST
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(17) G. BECKER
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT ST
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(18) J. CONLEY
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT ST
BOERNE, TX 78006

(19) J. LESTOURGEN
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(20) K. LEENHOF
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT STREET
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(21) M. BIEROS
c/o - JAILER
KENDALL COUNTY SHERIFF'S
6 STAUDT ST
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

(22) L. HILL
c/o - JAILER
KENDALL COUNTY SHERIFF'S OFFICE
6 STAUDT ST
BOERNE, TX 78006
INDIVIDUAL AND OFFICIAL CAPACITY

23) NURSE ON DAY SHIFT (KENDALL COUNTY JAIL)
    DON'T KNOW HER NAME?
    6 STAUDT ST
    BOERNE, TX 78006
    INDIVIDUAL AND OFFICIAL CAPACITY

24) DR. MARTINEZ
    WORKED AT CLINIC IN BOERNE
    DON'T KNOW ADRESS
    BOERNE, TX 78006
    INDIVIDUAL CAPACITY

25)

25) Dr's FROM "ER" CARE
    DON'T KNOW ADRESS
    BOERNE, TX 78006
    INDIVIDUAL CAPACITY

26) CITY OF BOERNE

27) SGT. MORCELLA
    C/O IN ATASCOSA COUNTY JAIL
    DON'T KNOW ADDRESS
    JOURDANTON, TX
        "BOTH"

28) C/O SANCHEZ
    C/O IN ATASCOSA COUNTY JAIL
    DON'T KNOW ADRESS
    JOURDANTON, TX
        "BOTH"

29) C/O EVANS - YOUNGER
    C/O ATASCOSA COUNTY JAIL
    DON'T KNOW ADDRESS
    JOURDANTON, TX
      BOTH

30) CAPTAIN BENAVIDEZ
    CAPTAIN ATASCOSA COUNTY JAIL
    DON'T KNOW ADDRESS
    JOURDANTON, TX
      BOTH

31) KENDALL COUNTY SHERIFF? JOHN DOE II
    STREET COP KENDALL COUNTY
    6 STANDT ST
    BOERNE, TX 78006
      BOTH

32) JOHN DOE III
    STREET COP BOERNE P.O.
    P.O. BOX 1677
    BOERNE, TX 78006
      BOTH

33) GRAND JURY
34) BOERNE POLICE DEPT.
35) KENDALL COUNTY SHERIFF A/ AUXIER

42 U.S.C § 1983  If you are suing under 1983, explain how each
DEFENDANT ACTED UNDER COLOR OF STATE LAW-A-LOCAL LAW.

1) OFFICER GOUDREAUX - PULLED ME OVER ON APRIL 9,2021 on
INTERSTATE 10 HEADING WESTBOUND.
I PUT MY FLASHERS ON AND PULLED TO THE
RIGHT SHOULDER of I-10. WHEN HE APPROACHED
THE PASSENGER WINDOW I HANDED HIM MY
I.D. AND INSURANCE FOR THE VEHICLE I WAS
DRIVING. I WAS DRIVING A 2002 DURANGO
REGISTERED TO MY MOM MHARATHA IRANI, I
BOUGHT IT FOR HER THEN, I BOUGHT IT FROM
HER AND I WAS ON MY WAY TO SAN DIEGO,
CA TO GUILD A AMAZON AS AN ELECTRICIAN.
WHEN HE GRABBED OUR INFORMATION I ASKED
HIM WHY HE PULLED ME OVER, HE SAID NO
THING BRAKE LIGHT, I BOUGHT THE TRUCK FOR
MY MOM AND IT WAS JUST INSTALLED AND
INSPECTED BY MY MOM. SO IF IT DIDN'T
HAVE A THIRD BRAKE LIGHT THATS HOW IT
CAME, So AS HE WALKS TO HIS CAR AND A FEW
MINUTES LATER HE COMES TO THE SUV AND ASKS
ME TO GET OUT OF THE VEHICLE. SO I
COMPLIED AND EXITED THE DURANGO. WHEN
WE GOT TO THE FRONT OF HIS CAR, HE STARTED
TO ME ON DASH CAM AND BODY CAM THAT
HE HAD PROBABLE CAUSE TO SEARCH MY VEHICLE
BECAUSE HE SAW "RESIDUE." WHICH IS VAGUE.
I WAS ALREADY OUT OF THE VEHICLE. MY FRIEND
SEAMAN (looks was still in the DURANGO.
THEN OFFICER ESTRADA PULLS UP ON THE SCENE.
Let REMOVE MY FRIEND AND OFFICER CONCERNING
STARTS TO ENTER MY VEHICLE. THERE WAS NOTHING
IN PLAIN VIEW TO BACK UP HIS ALLEGATION
of RESIDUE, WHICH HE DIDN'T COLLECT, HE SEARCHED
THE ENTIRE ALL AROUND AND DIDN'T PRODUCE HIS
RESIDUE, HE POPPED THE HOOD, THE HATCH, ALL 4 DOORS
AND WHEN HE PULLED THE PASSENGER SEAT FORWARD
AND FOUND SOME PILLS ON THE
IS WHEN HE NEVER COLLECTED HIS
So CALLED RESIDUE FOR THE PILLS-

4th amendment
(illegal search & seizure)
(racial profiling)

7)

I WAS PLACED UNDER ARREST FOR THE PILLS THAT HE FOUND. HE PUT ME IN THE SQUAD CAR AND HE LET MY FRIEND TAKE THE DURANGO WITH THE SO CALLED RESIDUE HE SAID HE SAW THAT HE DIDN'T PRODUCE. MY FRIEND DROVE OFF WITH NO THIRD BRAKE LIGHT INTO THE NIGHT. NO CITATIONS WERE ISSUED. I WAS TRANSPORTED BY OFFICER ESTRADA TO KENDALL COUNTY JAIL.

1) OFFICER ESTRADA
4th amendment
(excessive force)

3) E. FUENTES
4th amendment
(excessive force)

4) E. PEREDA (CORPORAL)
4th amendment
(excessive force)

5) A. MIRANDA
(TRAINER OF TAZERS)
4th amendment
(excessive force)

6) KENDALL COUNTY SHERIFF?
JOHN DOE II
4th amendment
(excessive force)

7) BOERNE P.D. POLICE OFFICER?
JOHN DOE III
4th amendment
excessive force

- WE PULLED INTO THE SALLYPORT IN THE SQUAD CAR. I WAS IN HANDCUFFS IN THE BACKSEAT. OFFICER ESTRADA OPENED THE BACK DOOR AND I GOT OUT AND WE WERE WAITING FOR THE C/O's TO COME OUT. I HAD WORDS WITH ESTRADA ABOUT THE ILLEGAL SEARCH AND SEIZURE. I LEFT HOUSTON @ 10:00 P.M TO DRIVE THRU TEXAS AT NIGHT ON OUR WAY TO CALIFORNIA, WHICH I DIDN'T MAKE IT. OFCOURSE I WAS UPSET AND TALKING SMACK. "FREEDOM OF SPEECH". A GUARD COMES OUT OF THE JAIL AND APPROACHES ME AND I TOLD HIM, I'M NOT SIGNING ANYTHING I JUST WANNA GO TO SLEEP. I WENT TO WORK THAT MORNING AND ENDED UP LEAVING AT NIGHT SO I HAD BEEN UP ALMOST 24 HOURS. SO OFFICER FUENTES TELLS ME TO TURN AROUND AND PUT MY CHEST ON THE WALL. I WAS UPSET BUT I DID COMPLY. YOU WILL SEE IN THE VIDEO. I TURNED AWAY FROM FUENTES AND I STEPPED TO THE WALL PLACING MY CHES ON THE WALL. I WAS ALREADY IN HANDCUFFS, HE GRABBED MY WRIST/RIGHT HAND AND TWISTED IT UP AND PUSHED MY SHOULDER WITH HIS LEFT HAND. PUSHING MY LEFT SHOULDER TO THE WALL AND I ASKED HIM WHAT ARE YOU DOING. HE THEN WRENCHED MY HAND EVEN HARDER AND SWEPT MY LEGS FROM UNDERNEATH ME. I WENT FACE FIRST INTO THE CONCRETE.

...KNOW I'M FACE FIRST IN THE CONCRETE AND I FEEL KNEES DROPPING ON THE LEFT SIDE OF MY HEAD. FUENTES BROKE MY HAND, ESTRADA AND PEREDA WERE KNEEING ME IN THE HEAD. I'M HELPLESS, GETTING TRAMPLED BY ESTRADA, PEREDA, FUENTES, ANOTHER BOERNE COP?, KENDALL COUNTY SHERIFF, THEN A. MIRANDA COMES FROM BOOKING AND STICKS A TAZER IN MY BACK WHILE I'M HANDCUFFED WITH FIVE GUY'S ALREADY BEATING THE CRAP OUT OF ME. I'M SCREAMING AND HOLLERING, SAYING WHY ARE YALL DOING THIS TO ME. I THOUGHT MY HEART WAS GONNA BUST, SHE HIT ME ON MY LEFT SHOULDER BLADE. THEY PICKED ME UP OFF THE GROUND WITH MY FEET DANGLING, CRACKING MY CHEST AND DAMAGING MY HANDS AND SHOULDERS. THEY DRUG ME THROUGH THE JAIL AND THREW ME FACE FIRST INTO THE PADDED CELL. ESTRADA HAD MY WRISTS, CRANKING ON MY WRISTS AND FUENTES STILL HAD HIS KNEE ON MY HEAD AND NECK. THEN A. MIRANDA COMES AGAIN AND TAZES ME A SECOND TIME WHILE I'M IN HANDCUFFS. I'M SCREAMING AND HOLLERING AGAIN. SHE HIT ME IN THE SAME SPOT WHILE ESTRADA HAD HIS KNEE ON MY HEAD. I FELT THE CUFFS COME OFF AND I THREW MY HIPS OVER TO GET THEM OFF OF MY BACK. THEN I HAD ESTRADA IN MY FACE AND HE SAID DID YOU GET ENOUGH MOTHERFUCKER. THE OFFICERS TURNED AWAY FROM ME AND WALKED OUT OF THE PADDED CELL. MY WRISTS WERE SWOLLEN, MY HEAD WAS SWOLLEN, MY RIGHT HAND WAS DOUBLE THE SIZE OF MY LEFT HAND. I THOUGHT THEY WERE GONNA KILL ME.

(4)

... HOURS LATER TO THE NEXT SHIFT.

K. PADILLA AND R. VILLANUEVA CAME TO THE PADDED CELL AND OPENED THE DOOR AND SAID WE DIDN'T DO THIS TO YOU. WE HAVE TO BOOK YOU IN. SO I WALKED OUT AND I HADN'T SEEN WHAT I LOOKED LIKE YET. BOTH MY WRIST WERE SWOLLEN AND PURPLE WITH HANDCUFF IMPRINTS ON THEM AND MY RIGHT HAND WAS DOUBLE MY LEFT HAND AND I COULDN'T MOVE IT. IVE BROKEN MY HAND BEFORE IN BOXING IT WAS A FRACTURE, THIS TIME IT WAS A BAD BREAK, A COMPLETE BREAK, SO THAT FINGER PRINT ME AND IM IN PAIN. THEN THEY DID THE MUG SHOTS. AFTER BOOKING ME IN, THEY PUT ME IN A HOLDING CELL WITH A MIRROR. I SAW MY FACE FOR THE FIRST TIME. MY LEFT EAR WAS SOLID BLACK, THE ENTIRE EAR WAS PURPLE/BLACK/BLUE. IVE BEEN A BOXER ALL MY LIFE AND NEVER HAVE I EXPERIENCED THAT BEFORE OR EVER SEEN THAT BEFORE. MY HEAD WAS SWOLLEN FROM THEM DROPPING KNEES ON ME WHILE I WAS HANDCUFFED, BOUNCING MY HEAD OFF THE FLOOR. I WAS HURTING ALL OVER. MY BACK, MY CHEST, MY SHOULDERS, MY WRISTS, MY HEAD, MY RIGHT HAND SHOULDERS, MY ENTIRE BODY WAS STILL IN SHOCK FROM THE BEATING AND THE UNECESSARY TAZING THAT TOOK PLACE. I HAD TWO BURN MARKS ON THE LEFT SIDE OF MY BACK FROM THE TAZER. SO IM IN THE HOLDING CELL AND M. INERGO CALLS ME OUT TO GO BEFORE THE MAGISTRATE. I GO IN FRONT OF THE MAGISTRATE AND ITS A BIG CLEAR GLASS WHERE I COULD SEE MYSELF EVEN BETTER. SHE SAYS Mr. PENA, YOUR CHARGE'S, POSSESSION 4→400 OF A CONTROLLED SUBSTANCE $60,000 DOLLAR BOND AND THEN SHE SAYS ASSAULT ON A PUBLIC SERVANT $50,000. I WAS LIKE WHAT. LOOK AT MY HANDS AND LOOK AT MY FACE. I WAS THE ONE WHO GOT ASSAULTED

3)

HER ROOM AT THE SAME TIME AND SHE SAID,
THESE ARE SOME SERIOUS CHARGES MR. PENA.
I TOLD HER YOUR THE HIGHER UP, YOUR SUPPOSE
TO FIND PROBABLE CAUSE FOR THESE ALLEGATIONS
SHE SAID NOT REALLY, I'M JUST READING
WHAT THEY GAVE ME. SHE DROPPED THE GRAVEL
AND SAID GET HIM OUTTA HERE. THEY TOOK ME
BACK TO THE HOLDING CELL AND I WAS IN
COMPLETE SHOCK. I THOUGHT IT WAS A BAD
DREAM. I JUST GOT MY BUT KICKED AND TAZED
TWICE WHILE HANDCUFFED AND CHARGED WITH
ASSAULT. I WAS DRIVING TO CALIFORNIA TO
WORK AND TAKE CARE OF MY FAMILY IN THE
MIDDLE OF A PANDEMIC AND I WAS PULLED
OVER BY A RACIST COP WHO ILLEGALLY
SEARCHED MY VEHICLE AND NOW I GET
HIT WITH TWO FELONIES THAT WERE
BOTH FABRICATED AND ILLEGAL. TAMPERING
WITH THE PILLS. I HAD A SIMILAR CHARGE
IN HARRIS FOR TWO OF THE SAME PILLS IN
2019 AND THEY WEIGHED .2 grams. THE SAME
PILLS IN KENDALL COUNTY WERE 23 PILLS
WEIGHED OVER 4 GRAMS. IT SHOULD HAVE BEEN
2.3 GRAMS. THEY PENCIL WHIPPED MY CHARGES
TO COVER UP WHAT THEY DID TO ME. IT GETS
BETTER. AFTER I GET TO THE HOLDING CELL
ANOTHER OFFICER COMES AND TELLS ME COME ON
PENA. I WAS LIKE OH "GOD" HERE WE GO AGAIN.
HIS NAME WAS J. LOZANO, A TRANSPORTER, HE
TOOK ME TO THE "ER" IN BOERNE/KENDALL COUNTY.
JOHN DOE "PASTOR" STREET COP MET US THERE FOR
SECURITY PURPOSES, I WAS STILL IN MY STREET
CLOTHES. THE TWO KENDALL COUNTY OFFICERS
ESCORT ME INTO THE "ER." IT WAS OBVIOUS THAT
I WAS BEAT UP. IT'S ALL ON VIDEO FROM THE JAIL
AND THE OFFICERS BODY CAM. THE FIRST THING
THEY DO IS XRAY MY RIGHT HAND BECAUSE IT
WAS SWOLLEN TWICE THE SIZE AS NORMAL.

6)

AND HOW I STAYED IN SHAPE, WHAT WAS MY SECRET. I TOLD HIM I TURNED PRO IN BOXING @ 34. I GAVE HIM MY 26 SEC K.O. MY PRO DEBUT. HE WATCHED IT WHILE I HAD MY HAND X-RAYED, THESE TWO GUYS WERE PRO'S, SO, MY HAND IS BROKEN, THE Dr. PUT'S ONE IN A STENT AND A PIGSKIN. THEN THEY ESCORTED ME OUTSIDE THE BUILDING TO AN EXTERNAL TRAILER WITH A LIFTGATE ON IT. SO, WE GO UP THE LIFTGATE AND IN THE TRAILER AND ITS A BIG CATSKAN MACHINE. THEY PUT ME IN A CATSKAN MACHINE TO CHECK MY ENTIRE BODY. WHEN WE WERE DONE WE WENT TO LOZANO'S SUV AND JOHN DOE FOLLOWED ME AND TOLD ME MARTIN CAN I PRAY OVER YOU, I BELIEVE GOD HAS A MAJOR CALLING ON YOUR LIFE. I TOLD HIM YES OFCOURSE IM A BELIEVER. SO HE PRAYED EPHESIANS 6:10 OVER ME AND REBUKED THE SPIRIT OF JEZEBEL OUT OF MY LIFE. I GOT IN LOZANO'S SUV AND WE WENT BACK TO KENDALL AND THEY PUT COUNTY CLOTHES ON ME AND PUT ME IN A MEDICAL CELL BECAUSE MY HAND WAS BROKEN (M1), I THINK. SO I WAS SCHEDULED TO SEE A HAND SPECIALIST IN TWO WEEKS. I NEVER HAD A FOLLOW UP FOR THE RESULTS OF MY CATSKAN. THE NURSE THERE, I DONT REMEMBER HER NAME WAS RUDE AND UNPROFESSIONAL AS WELL. I HAD TO FIGHT WITH HER TO GET MY MEDS. MY BACK HURT, CHEST HURT, HEAD HURT, SHOULDERS HURT AND MY HAND WAS BROKEN. I PUT A GRIEVANCE IN ON THE KIOSK ABOUT THEM BEATING ME UP IN HANDCUFFS, BREAKING MY HAND, PUTTING ME IN THE "ER" AND CHARGING ME WITH ASSAULT. THEY SAID IT WAS NOT GRIEVABLE, THAT THEY DID WHAT THEY NEEDED TO DO TO KEEP THE JAIL SAFE. EVERYTHING IS ON THE KIOSK IN KENDALL COUNTY. BELIEVE ME I LEFT A PAPER TRAIL ON THAT KIOSK FOR WHAT THEY DID TO ME.

GRIEVANCES AND NOT ONE WAS HONORED. THEY EVENTUALLY TOLD ME THAT IT WENT TO INTERNAL AFFAIRS AND THAT IT WAS UNDER INVESTIGATION AND THEY WOULD COME TALK TO ME. I TRIED TO FILE A RACIAL PROFILING COMPLAINT ON OFFICER GENDREAUX. THEY WOULDN'T GIVE ME THE COMPLAINT FORM NOR DID THEY RESPOND. I WENT TO THE HAND SPECIALIST TWO WEEKS LATER, KENDALL County JAILER A. NEW TOOK ME AND WE TALKED ON THE RIDE OVER TO THE SPECIALIST SHE SAID, "YOU RESISTED LIKE A MOTHERFUCKER I SEEN THE VIDEO". I TOLD HER HOW DO YOU RESIST IN HANDCUFFS. WE GET TO SPECIALIST AND HE DOES ANOTHER X-RAY AND SAYS "YOU DON'T NEED SURGERY JUST A CAST." HE ASKED ME HOW I DID IT, A. NEW BLERTED OUT, "HE BROKE HIS OWN HAND, HE PUNCHED THE GROUND. AGAIN I SAID HOW DO YOU PUNCH THE GROUND WITH YOUR HANDS CUFFED BEHIND. YOU THE Dr. PUT THE CAST ON ME THAT DAY. WE RETURNED TO KENDALL COUNTY JAIL. A. PEREDA BROUGHT ME HOT WATER ONE EVENING TO MAKE A SOUP. HE WAS ONE OF THE GUARDS THAT WAS KNEEING ME IN THE HEAD. A. MIRANDA WORKED THAT AREA AS WELL, SHE REMOVED ME FROM MY MEDICAL CELL BECAUSE I WAS LIGHT-HEADED AND TOOK ME INTO THE MEDICAL AREA AND TOOK MY VITALS AND GAVE ME MEDICINE. CONFLICT OF INTEREST, IF I ASSAULTED HER WHY WAS SHE IN CLOSE QUARTERS WITH ME. I SUBMITTED MORE GRIEVANCES ABOUT THE NURSE AND THE BEATING I TOOK AND THEY DID NOT PROCESS ONE. I APPEALED THEM AND THEY DENIED EVERY GRIEVANCE. I DIDN'T KNOW AT THE TIME THAT A. MIRANDA WAS THE ONE THAT TAZED ME, I FOUND OUT A COUPLE WEEKS LATER. PEREDA WAS IN CLOSE QUARTERS WITH ME AS WELL. I DIDN'T FIND OUT HE WAS ONE OF THE GUYS DROPPING KNEES ON MY HEAD UNTIL MAY 15, 2022. TIME WENT BY AND I HAD ON APPOINTMEN

WITH THE SPECIALIST AGAIN TO TAKE MY CAST OFF.
THAT WAS ON MAY 12, 2021. I WENT HEAD SAID
MY HAND WAS HEALING GOOD AND FOR ME TO TAKE
IT EASY THAT IT WAS STILL FRAGILE. WHEN
I GOT BACK FROM THE Dr. THEY PUT ME IN REGULAR
POPULATION. THAT DAY I WAS INDICTED FOR ASSAULT
ON A. MIRANDA. IT SAID I KICKED HER IN THE
FACE AND IN THE CHIN. A. BECKER SERVED ME THE
INDICTMENT THAT DAY. SO THEY ARE ALL CROOKED. HOW
DOES A GRAND JURY WATCH THE VIDEO OF ME GETTING
BEAT ON AND TAZED IN HANDCUFFS INDICT ME WITHIN
SIX WEEKS OF THE INCIDENT. SO IM TRIPPING OUT,
THE SAME DAY MY APPOINTED COUNSEL FROM THE
PUBLIC DEFENDERS OFFICE COMES TO SEE ME. HIS
NAME WAS TED WENSKE. WE TALKED FOR AN HOUR OR
SO. HE WAS YOUNG AND EAGER RIGHT OUT OF COLLEGE.
AFTER I TOLD HIM HOW THEY DID ME, HE SAID THATS
WHY IM HERE BECAUSE "I HEARD THIS PLACE WAS CROOKED.
THE INITIAL MEETING WENT WELL. HE WAS A MAN OF
GOD AS WELL SO I FELT GOOD ABOUT HIM AS MY
APPOINTED COUNSEL. I TOLD HIM I HAD GOT AN
INDICTMENT THAT DAY. HE SAID "THEY DIDN'T GIVE
ME YOUR INDICTMENT. SO I GO BACK TO MY
CELL EXCITED ABOUT THIS YOUNG ATTORNEY THAT
WAS APPOINTED TO ME. A WEEK LATER ON THE 19TH
THEY CALLED ME FOR CHAIN. I WAS LIKE WHAT, SO
THEY SHIPPED ME OFF TO ANOTHER COUNTY JAIL.
LOZANO TOLD ME WERE SENDING YOU OVER THERE SO
NO ONE WILL MESS WITH ME. SO I WAS SHIPPED
TO ATASCOSA COUNTY JAIL IN ANOTHER SMALL
CITY. IM FROM HOUSTON SO I HAVE NO IDEA WHERE
IM AT OR WHERE IM GOING. HERE I AM A WEEK
AFTER GETTING MY CAST OFF IN ANOTHER COUNTY,

and he said I had arraignment coming up and
that I needed to be there. I asked him for
a bond reduction because my bond was
excessive 110,000. Could hit in Kendall county
and in Atascosa so I didn't go to my
arraignment. He said he waived it and
that was a plea of not guilty. I had
no way to communicate with my attorney
from Atascosa, it was over an hour away
from Kendall. He didn't come to see me.
Here we are in August and the Atascosa
guard called me and said Pena. I went
to door and she said sign this your
lawyer sent it for a bond reduction, I looked
at it and it was an indictment for the
pills. So I signed it and gave it back
to her. — Sunday Aug 14, 2021 officer Evans
wakes me up in the morning and they said
me to booking. I go and they threw me in
the drunk tank with the pisser in the middle
of the floor. I was there all day and I seen
the second shift come in so I hit the door
to get the guards attention to ask why I
was there and they ignored me. I went back
to lay on the floor and three C/O's rushed
in flipped me over put cuffs on me, Evans
punched me in the face. They drug me out and
threw me in a chair and a guard grabbed me
from behind by my face putting finger
nail imprints in my ~~ear~~ face (Evans. He
tried to break my thumb and they strapped
me in that chair from 6:30 P.M – 7:00 A.M the
next morning. It was Sanchez, Evans (Young)

10

SOMEONE ELSE ON NIGHT SHIFT. THEY ANTAGONIZED
ME READ ALL MY CHARGES TO ME AND CALLED
ME A LOSER AND THEY SAID YOU ASSAULTED
A FEMALE GUARD. SO THEY PRINTED OUT
MY CHARGES AND CONTINUED TO TALK CRAZY
TO ME. MANSELLA SAID YOUR GONNA BE
APOLOGIZING TO ME HERE IN A BIT BUT
I DON'T TAKE APOLOGIES, ITS BUSINESS.
GHETTO AND UNPROFESSIONAL JUST LIKE
KENDALL. SHE TOOK ME OUT OF THE CHAIR
AFTER BREAKFAST AND I TOLD HER I WAS
GONNA SUE HER AND HER MINIONS JUST
LIKE KENDALL COUNTY. SHE TOOK PICTURES
OF MY FACE AFTER THE ALTERCATION. THEY
THREW ME BACK IN THE DRUNK TANK FOR
THREE MORE DAYS. CAPTAIN BENAVIDEZ CAME IN
THERE AND LECTURED US AND SAID HE WAS
GONNA GET US OUT OF THERE. SO WE GO
BACK TO POPULATION. CHRISTOPHER PHILPOT
TDCJ# 02399414 WITNESSED THE WHOLE THING
HE IS HERE WITH ME AT WILLACY COUNTY
STATE JAIL IN RAYMONDVILLE. THEY PUT US
BACK IN POPULATION AND ONE OF THE GUYS
THEY PUT IN THERE WITH US OFF THE STREET
HAD COVID. SO WE GOT TESTED A WEEK
LATER AT THE END OF AUGUST AND WE
HAD COVID. SO WE ISOLATED FOR TWO
WEEKS WITHOUT SEEING A DOCTOR. THEY
TESTED US AGAIN AND WE WERE BACK TO
NORMAL. THEN THE SARGEANT CAME IN AND
SAID MANDATORY RECREATION AND I TOLD HER

SHE CALLED A MALE C/O AND HE HANDCUFFED
ME AND TOOK ME BACK TO BOOKING AND TOOK ME
IN FRONT OF THE CAPTAIN (BENAVIDEZ) HE SAID
THE WHOLE WORLD HAS COVID. I SAID I HAVE
A BABY IM TRYING TO MAKE IT HOME TO.
HE SAID HE DIDN'T GIVE A FUCK FOR ME TO
SHUT MY FUCKING MOUTH. WE HAD OUR WORDS
AND THEY THREW ME IN A PADDED CELL
FOR A FEW HOURS. THEN THEY THROUGH HELL
ME IN LOCK UP. SO IVE BEEN THROUGH HELL
ON EARTH. I WAS IN THE WHOLE FOR TWO
WEEKS WHEN I GOT AN ATTORNEY VISIT. I WAS
EXPECTING TO SEE TED WENSKE BUT IT WASN'T.
IT WAS ANOTHER ATTORNEY, KARLI KENNEL FROM
THE PUBLIC DEFENDERS OFFICE. SHE SAID, I KNOW
YOUR PROBABLY UPSET BECAUSE ITS BEEN MONTHS,
BUT I HAVE TO TELL YOU YOUR FIRST OFFER
IS 25 YEARS. I LAUGHED AND TOLD HER SHE
WAS CRAZY. SHE SAID IM GONNA GET YOU A BOND
REDUCTION. I TOLD HER THAT I ASKED FOR A
BOND REDUCTION IN JUNE. WE ARE IN OCTOBER.
I TOLD HER THAT I WASN'T BONDING OUT BECAUSE
I DON'T HAVE THAT KIND OF MONEY DURING A
PANDEMIC AND IVE BEEN IN JAIL 6 MONTHS.
I TOLD HER THEY BEAT THE CRAP OUT OF ME
AND CHARGED ME WITH ASSAULT. I WANT
A MOTION TO SUPPRESS FOR ILLEGAL SEARCH
AND SEIZURE AND TO SET ME FOR TRIAL.
SHE SAID OK, ILL BE CALLING YOU. OCTOBER 14, 2021
I THINK IS WHEN I WENT BACK TO KENDALL COUNTY
FOR MY FIRST COURT DATE. WHEN I GOT THERE
J. FLORES, HE WORKED NIGHTS. HE WAS DOING CELL
SEARCHES THAT NIGHT AND HE TOLD ME IN THE RECREATE

⑫

AREA. HE HAS A VERY LARGE BACK. I SEE THE VIDEO WHERE THEY BEAT THE CRAP OUT OF YOU AND BROKE YOUR HAND. I WAS SHOCKED BUT THAT WAS A GOOD THING, I THOUGHT. I HAVE A POSITIVE(+) FOR ONCE IN 6 MONTHS OF HELL. THE NEXT DAY EVERYONE WENT TO COURT EXCEPT ME. THEY SHIPPED ME BACK TO ATASCOSA Oct. 19, 2021. KARLI KENNEL SHOWED UP IN DECEMBER TO ATASCOSA. SHE SAID OKAY THEY BEAT THE CRAP OUT OF YOU, IM GONNA SET YOU FOR TRIAL AND ENTER YOUR MOTION TO SUPPRESS. THIS IS THE SECOND 15 MIN VISIT AND SHE LEAVES. I CATCH CHAIN AGAIN IN DECEMBER BACK TO KENDALL. THIS TIME I PUT IN A SICK CALL FOR MY BACK, HEAD, SHOULDERS, CHEST AND I GO TO SEE THE CRAZY NURSE AGAIN. SHE SAYS HOW COME YOU DIDN'T GET CHECKED OUT IN ATASCOSA. I SAID DOES IT MATTER IM DOING **IT** NOW HERE BECAUSE THE EXCESSIVE FORCE TOOK PLACE HERE. SHE SAID EVERYONE KNOWS WHAT HAPPENED TO YOU MR. PENA. OFFICER GOMEZ TOOK ME TO SEE Dr. MARTINEZ, I HEARD ABOUT HOW CROOKED HE WAS AND THEY WERE RIGHT. HE CALLED ME IN AND CHECKED MY VITALS AND TOTALLY IGNORED MY COMPLAINTS BACK, HEAD, CHEST, AND SHOULDERS. HE ASKED ME HOW MUCH PAIN I WAS IN AND I TOLD HIM ON A SCALE FROM 1 TO 10 A 8. HE SAID OKAY IM GONNA GIVE YOU NAPROXEN. I WAS LIKE HOW ARE YOU GONNA GIVE ME MEDS WITHOUT A DIAGNOSIS. SO GOMEZ TOOK ME **BACK TO** KENDALL. THE NEXT DAY I TOOK X-RAYS OF MY BACK ONLY AND THE FOLLOWING DAY THE CROOKED NURSE CALLS ME INTO HER MEDICAL AREA AND SAYS HAVE A SIT MR. PENA WE HAVE YOU RESULTS.

13

You HAVE ARTHRITIS, I BUSTED OUT LAUGHING. THE Dr. PRESCRIBED ME NAPROXEN AT THE END OF DECEMBER. I NEVER GOT THE RESULTS FROM THE CATSCAN WHEN I WENT TO THE "ER" APRIL 7, 2021. SO NOW THAT IM PRESCRIBED MEDS THEY CAN'T SHIP ME. I WENT TO COURT AND KARLI SAID I PUT IN YOUR MOTION TO SUPPRESS AND I SET YOU FOR TRIAL. I SAID OKAY AND WENT BACK TO KENDALL COUNTY JAIL. SHE POPPED UP IN I THINK FEBRUARY ON THE KIOSK VISITATION. IT WAS A VIDEO VISIT. SHE SAID SHE TALKED TO GOUDREAUX AND THAT I ADMITTED TO HAVING WEED IN MY CONSOLE. I TOLD HER AFTER HE TOLD ME HE HAD PROBABLE CAUSE TO SEARCH BECAUSE HE SAW RESIDUE. WHAT HE FOUND WASN'T HIS PROBABLE CAUSE TO SEARCH. SHE ENDED THE VIDEO. IN APRIL HER PRIVATE INVESTIGATOR NAME JENN SHOWS UP AND TELLS ME SHES GONNA GET MY DISCOVERY AND DO SOME RESEARCH ON MY CASE. THIS IS A YEAR LATER FROM MY ARREST DATE. I HAVE YET TO SEE ANYTHING OR DISCUSS ANYTHING TO PREPARE FOR TRIAL. OUR MEETINGS WERE IS MIN EACH 3 TIMES TWO IN ATASCOSA AND ONE SHORT VIDEO VISIT IN A YEARS TIME. "IAC" INNAFFECTIVE ASSISTANCE OF COUNSEL. JENN LEAVES, SO I WAS LIKE OKAY MAYBE KARLI IS GONNA HELP ME. WRONG, A COUPLE DAYS LATER

(14)

I GET CALLED TO COURT WITHOUT KNOWING
I HAD A COURT DATE. SHE CALLS
ME OUT AND SAYS SIGN RIGHT NOW AND
I'LL GET YOU FIFTEEN. I LAUGHED
AND TURNED AROUND AND WENT BACK
TO THE HOLDING CELL. I AM NOT SURE
OF THE EXACT DATE IT WAS BUT SHE WAS
UPSET THAT I DIDN'T SIGN. AT THAT
MOMENT I STARTED REACHING OUT TO
OTHER COUNSEL AND TRYING TO GET MY
FAMILY TO MAKE SOME MONEY MOVES SO
I COULD HIRE NEW ATTORNEY. KARLI
KENNEL DID NOT AND HAD NOT GIVEN
ME A TRIAL DATE, I REACHED OUT TO
GRIFFITH AND GUERRA LAW FIRM. THEY
BOTH CAME TO SEE ME. GUERRA SPENT
MORE TIME WITH ME IN A COUPLE
VISITS THAN THE PUBLIC DEFENDERS
OFFICE DID IN A YEAR. BETWEEN TED
WENSKE AND KARLI KENNEL I HAD ONE
VISIT FROM TED WENSKE AND TWO FROM
KARLI IN ATASCOSA AND ONE VIDEO
VISIT. HER P.I. CAME TO SEE ME ONCE. WE
WERE NOT PREPARED FOR TRIAL. SO I WANT
GUERRA LAW FIRM I JUST HAVE TO COME
UP WITH THE MONEY. KARLI KENNEL SHOWS
UP WITH JENN HER P.I. ON MAY 05, 2022
AND TELLS ME WE HAVE PRE-TRIAL AND
TRIAL DATES SET FOR THE 13th AND THE
23rd AND I LOST IT AND I TOLD HER
SHE WAS FIRED THAT I HIRED A REAL ATTORNEY

Case 5:23-cv-00435-JKP   Document 1-2   Filed 04/06/23   Page 40 of 43

13

THAT WAS GOING UP OR DOWN. AND I TOLD HER OFF AND THE GUARDS CAME AND TOOK ME BACK TO MY CELL. A FEW HOURS LATER ANOTHER GUY CAME FROM THE PUBLIC DEFENDERS OFFICE AND HE SAID I JUST WANTED TO MAKE SURE YOU KNOW YOUR OFFER. I TOLD HIM THE SAME THING. SO NOW IM UPSET BECAUSE THIS LADY HAS DONE ABSOLUTELY NOTHING FOR ME IN A YEARS TIME. I GET A HOLD OF GUERRA AND HE COMES TO SEE ME. AND HE AGREED TO TAKE MY CASE AND HE WOULD BE AT MY PRE-TRIAL ON MAY 13, 2022. SO THAT DAY COMES AND HIS ATTORNEY SHOWS UP ERIK VELIZ TO TAKE MY CASE. THE JUDGE CALLS ME TO THE STAND AND KARLI KENNEL IS THERE AND ERIK WITH THE JUDGE. THE JUDGE SAYS, IVE BEEN CHEWING ON YOUR ATTORNEY I SHOULD BE CHEWING ON YOU. WHO DO YOU THINK YOU ARE TO CHANGE ATTORNEYS AT MY PRE-TRIAL, I SAID I HAVE THE RIGHT TO GOOD COUNSEL, THIS LADY IS NO GOOD ITS MY CONSTITUTIONAL RIGHT. SHE TOLD ME TO SHUT UP. SHE SAID YOU HAVE GOOD ATTORNEYS AROUND YOU, I SUGGEST YOU LISTEN TO THEM. SHE SAID DOES HE KNOW HIS OFFER. FIFTEEN YEARS FOR FAKE PILLS. I SAID IM NOT SIGNING FOR ANYTHING THANK YOU AND SHE TOLD ME TO SHUT UP AGAIN. THEN SHE SAYS IM GONNA LET YOU CHANGE ATTORNEYS BUT IM NOT GIVING YOU TIM

⑯

So here we are in front of Judge Kirsten Cohoone 451st District Court on Friday the 13th, I get a solid attorney who is gonna work for me and as she says I'm not giving you more time. If I'm not mistaken, I don't know for sure, Karli put in a motion for continuance. Karli was removed and the Guerra Law Firm is now on my case and we have five business days to prepare for a felony trial which is unconstitutional. Javier Guerra came on Sunday with video for the first time in over a year. It took him two days to bring video to Kendall County Jail and watch my stop and the beating I took. So Karli Kennel was the prime example of IAC Ineffective Assistance of Counsel. Then Judge Cohoone prevents my attorney from being effective counsel by not giving him time to prepare for a felony trial and I have proof that Karli Kennel was not prepared for trial. We were in trial on Monday May 23, 2022 to start trial. Everything is on the record. We put officer Comdreaux on the stand for the motion to suppress and he said he had probable cause on the video to search my vehicle because he saw residue. He didn't say he seen and smelled weed on the cam. His police report was different from the video. And ofcourse he didn't collect his residue, he said it was too small to scrape up with a razor. Guerra asked him how much he thought it weighed since he couldn't and didn't collect it. He said .001 grams which is impossible to weigh.

(12)

THE PLAIN VIEW ACT STATES THAT IT HAS TO BE IMMEDIATE AND APPARENT AND HE HAS TO COLLECT IT THEN MOVE FORWARD WITH A WARRANT OR ESTABLISH HIS PROBABLE CAUSE. HE DIDN'T FOLLOW THE RULES. HE ALSO LET MY FRIEND GERMAN ROJAS TAKE THE 2002 DURANGO WITH THE SO CALLED REEFER IN THE TRUCK AND HE DIDN'T ISSUE ANY CITATIONS. MY LAWYER ASKED HIM, SO YOU LET HIM DRIVE OFF IN THE VEHICLE WITH THE EVIDENCE, SO IF HE GOT PULLED OVER AGAIN HE WOULD GET ARRESTED? HE ANSWERED VAGUELY "YES". THEN HE ASKED HIM HOW DID HE KNOW IF IT WAS WEED IF HE DIDN'T TEST IT OR COLLECT IT. THE MOTION TO SUPPRESS SHOULD HAVE BEEN GRANTED AND THE CASE DISMISSED. THE JUDGE OFCOURSE DENIED THE MOTION. WE CONTINUED ON IN TRIAL. I WAS FOUND GUILTY ON MONDAY AFTERNOON. TUESDAY WAS SENTENCING. THE D.A. PLAYED THE VIDEO OF ME GETTING POUNCED ON AND TAZED WHILE IN HANDCUFFS TO THE JURY. THE JUDGE, THE JURY AND THE ENTIRE COURT ROOM WATCHED THE BODY CAM OF OFFICER ESTRADA. ME GETTING MY BUT WHOPED BY A BUNCH OF PEOPLE WHILE IN HANDCUFFS. I SUBMITTED TO E. FUENTES AND HE SLAMMED ME FACE FIRST INTO THE CONCRETE. THE JURY DELIBERATED AFTER WATCHING THE VIDEO. JUDGE KAZOUNE CAME OUT SINGING AND DANCING IM SO EXCITED AND I JUST CAN'T FIGHT IT IN THE COURT ROOM AND SAID, IM SORRY I GOT THAT SONG STUCK IN MY HEAD. THEN THE JURY CAME OUT AND HANDED ME 25 YEARS FOR 4.2 GRAMS OF EUTOKYNE. CRUEL AND UNUSUAL PUNISHMENT

AFTER THE SENTENCING SHE ASKED ME
IF I NEEDED AN APPEAL ATTORNEY.
I TOLD HER YES, SHE SAID ON THE RECORD
SHE WOULD APPOINT ME ONE ON
MAY 24 2022 AND AS OF NOW MARCH
29, 2023 I HAVENT HEARD FROM AN
APPEAL ATTORNEY. SO THIS COURT SYSTEM
IS COMPLETELY BIAS AND PREJUDICE
AND THEY DID EVERYTHING THEY HAD TO DO
TO SEND ME AWAY FOR 25 YEARS FOR
A NON VIOLENT CRIME. IM NOT AN
ATTORNEY BUT IM SMART ENOUGH TO
KNOW WHEN ALL MY CIVIL RIGHTS HAVE
BEEN VIOLATED AND IM SEEKING REDEMPTION.

THIS IS BY FAR THE WORST EXPERIENCE OF
MY ENTIRE LIFE. I WAS ON MY WAY
TO BUILD A AMAZON IN CALIFORNIA.
I WAS WORKING IN THE MIDDLE OF
A PANDEMIC. I GOT ILLEGALLY SEARCHED,
ILLEGALLY ARRESTED, A VICTIM OF EXCESSIVE
FORCE, VIOLATION OF DUE PROCESS, MALICIOUS
PROSECUTION, FALSIFYING EVIDENCE.
GRAND JURY IS CROOKED. D'A IS CROOKED.
JUDGE KHATONE IS PREJUDICE AND BIAS.
A. MIRANDA TAZED ME TWICE AND CHARGED
ME WITH ASSAULT. THEY OPPRESSED ME,
STRUNG ME OUT AND VIOLATED ALL MY
RIGHTS AS AN AMERICAN CITIZEN.

SINCERELY,
MARTIN PERRY JR