UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARTIN PENA, JR.** <br> **# 02399103,** <br>        **Plaintiff,** <br><br> **v.** <br><br> **BOERNE POLICE OFFICER JAMES ESTRADA; ET AL.,** <br>        **Defendants.** | § § § § § § § § § § § § § **SA-23-CV-0435-JKP** |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order granting Defendant James Estrada's Motions for Summary Judgment (ECF Nos. 36 and 45) and further, granting Defendants' E. Fuentes, Alexandra Miranda and E. Pereda's Motion for Summary Judgment (ECF No. 38), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendant James Estrada's Motions for Summary Judgment (ECF No. 36 and 45) are **GRANTED** and Plaintiff Martin Pena Jr.'s section 1983 claims against Defendant James Estrada in his individual and official capacities are **DISMISSED WITH PREJUDICE** for failure to state a claim; and

**IT IS FURTHER ORDERED** that Defendants E. Fuentes, Alexandra Miranda, and E. Pereda's Motion for Summary Judgment (ECF No. 38) is also **GRANTED** and Plaintiff's section 1983 claims against Defendants E. Fuentes, Alexandra Miranda, and E. Pereda in their individual and official capacities, are also **DISMISSED WITH PREJUDICE** for failure to state a claim.

**IT IS FINALLY ORDERED** that the above–entitled cause is hereby **CLOSED**.

SIGNED this 23rd day of February, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE